UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-24120-BLOOM/Elfenbein**

PARAMVEER SINGH,

    Plaintiff,

v.

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, DIRECTOR JOSEPH EDLOW, *Director, United States Citizenship and Immigration Services*, ELIZABETH FERRO, *Director, United States Citizenship and Immigration Services' Miami Field Office*,

    Defendants
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Settlement and Dismissal, ECF No. [8] ("Stipulation"), filed on October 14, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [8]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. USCIS will, within seven days, reopen Plaintiff's Form I-485 application for adjustment of status (receipt number LIN1790533519). Upon reopening of the application for adjustment of status, the associated Employment Authorization Document ("EAD") and Advance Parole previously issued to Plaintiff will regain validity;

4. USCIS will not deny Plaintiff's reopened Form I-485 application solely on the basis

    that the applicable visa available cutoff date retrogressed such that an immigrant visa was no longer available to Plaintiff after the filing of his Form I-485 application;

5. Plaintiff shall not recover attorneys' fees or costs in connection with this action, whether pursuant to the Equal Access to Justice Act or otherwise;

6. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties;

7. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

8. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 16, 2025.

                                                         **BETH BLOOM**
                                                         **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record